**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sedgwick JOHNSON, Defendant–Appellant.**

No. 03–1322.

United States Court of Appeals, Seventh Circuit.

Oct. 25, 2013.

David E. Bindi, Office of the United States Attorney, Chicago, IL, Plaintiff–Appellee.

Joseph P. Franklin, Rancho Mirage, CA, Defendant–Appellant.

Before RICHARD D. CUDAHY, Circuit Judge, ILANA DIAMOND ROVNER, Circuit Judge, and ANN CLAIRE WILLIAMS, Circuit Judge.

### ORDER

We issued a limited remand in this case to inquire whether the district court would impose the same 360–month sentence on Sedgwick Johnson if it knew the full extent of its discretion. After considering both parties' positions, the district court has responded that it would reimpose the same sentence. Accordingly, there was no plain error in Johnson's sentence, *see United States v. Paladino,* 401 F.3d 471, 484 (7th Cir.2005), and the judgment of the district court is AFFIRMED.